No. 16-3469

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| TABITHA TRIPP et al., | ) | Appeal from the United States |
| | ) | District Court for the |
| Plaintiffs-Appellants, | ) | Southern District of Illinois |
| | ) | |
| v. | ) | No. 16-3469 |
| | ) | |
| CHARLES W. SCHOLZ et al., | ) | The Honorable |
| | ) | Michael J. Reagan, |
| Defendants-Appellees. | ) | Judge Presiding. |

**MOTION FOR LEAVE TO FILE REPLY BRIEF INSTANTER**

The Plaintiffs-Appellants, by and through their undersigned counsel, hereby request leave to file their Appellants' Reply Brief instanter. In support thereof, the Plaintiffs-Appellants state as follows:

1. The Plaintiffs-Appellants' Reply Brief was due to be filed by May 12, 2017.

2. Plaintiffs-Appellants' counsel attempted to file the Plaintiffs-Appellants' Reply Brief via the CM/EDF document filing system beginning at approximately 11:40 p.m. on May 12.

3. Despite repeated attempts, using three different computers—five combinations of computers and internet browsers, including two Macintosh computers each with Firefox and Safari and a Windows computer with pre-version-52 Firefox—counsel was not able to coax the system to accept the submission.

4. Counsel now has access to a different Windows operating system with Internet Explorer.

5. Counsel is submitting the Plaintiffs-Appellants' brief along with this Motion.

WHEREFORE, the Plaintiffs-Appellants respectfully request that the Court grant leave to file the attached Appellants' Reply Brief instanter.

> Respectfully Submitted,
>
> s/Vto A. Mastrangelo
> Vito A. Mastrangelo
> PO Box 1253
> Mt. Vernon, IL 62864
> 618-316-9886
> VitoAMastrangelo@gmail.com
>
> Attorney for Plaintiffs-Appellants

# CERTIFICATE OF SERVICE
**All Case Participants Are CM/ECF Participants**

I hereby certify that on May 13, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Vito A. Mastrangelo
Vito A. Mastrangelo
PO Box 1253
Mt. Vernon, IL 62864
618-316-9886
VitoAMastrangelo@gmail.com

Attorney for Plaintiffs-Appellants